ALBRECHT, MAGUIRE & Co., INC., Respondent, v. GENERAL PLASTICS, INC., et al., Appellants.

Argued May 18, 1939; decided June 2, 1939.

*James McC. Mitchell, Homer H. Woods* and *Daniel G. Yorkey* for appellants.

*Edward N. Mills* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.